# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 17, 2014

### NO. 03-14-00395-CV

**Joel Paul Bach, Appellant**

**v.**

**Texas State University, Appellee**

**APPEAL FROM 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the district court on May 21, 2014. Having reviewed the record, it appears to the Court that Joel Paul Bach has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.